**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AKINTOYE LAOYE, | |
| Plaintiff, | Civ. No. 14-5195 (GC) (DEA) |
| v. | |
| UNITED STATES OF AMERICA, et al., | **MEMORANDUM & ORDER** |
| Defendants. | |

**CASTNER, District Judge**

Presently pending before this Court is counsel for Defendants', the United States Immigration and Customs Enforcement ("ICE") Deportation Officers Paul Silva, Joseph Mazza, Zachary Hathaway, Milena Mioduszewska and the United States (collectively the "United States Defendants") letter request for an extension of time until January 24, 2023 to file a reply in support of their Motion to Dismiss. (*See* ECF 115). Good cause being shown, the United States Defendants' request for an extension of time shall be granted.

Additionally, for docket management purposes, this Court notes that on November 6, 2022 (but not docketed until November 10, 2022), Plaintiff filed a motion for an extension of time to file a response to the United States Defendants' Motion to Dismiss. (ECF 113). On November 7, 2022, or before Plaintiff's Motion was docketed, this Court gave Plaintiff until December 8, 2022 to file his response to the Motion to Dismiss. In a document dated December 10, 2022, but not filed until December 15, 2022, Plaintiff filed his Response in Opposition to the United States Defendants' Motion to Dismiss. (*See* ECF 114). This Court will consider this filing by Plaintiff

to be timely, and the Clerk shall administratively terminate Plaintiff's Motion for Extension of Time as it is no longer necessary.

Accordingly, IT IS on this 29th day of December, 2022,

ORDERED that the United States Defendants' letter request for an extension of time to file a reply in support of their Motion to Dismiss (ECF 115) is granted; the United States Defendants shall file their reply brief on or before January 24, 2023; and it is further

ORDERED that the Clerk shall administratively terminate Plaintiff's Motion for an Extension of Time to file his response in opposition to the United States Defendants' Motion to Dismiss (ECF 113) as this Court has now construed Plaintiff's December 15, 2022 Response in Opposition (ECF 114) as timely; and it is further

ORDERED that the Clerk shall serve this Memorandum and Order on Plaintiff by regular U.S. mail.

GEORGETTE CASTNER
United States District Judge